IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL ANGELO CASSELL                                                                    PLAINTIFF

v.                                              Case No. 14-2128

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                            DEFENDANT

### ORDER

The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that Defendant's Motion to Remand (Doc. 11) pursuant to sentence four of the Social Security Act, 42. U.S.C. § 405(g) is GRANTED.

**IT IS SO ORDERED** this 27th day of February, 2015.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE